Nicholas P. Myers and Robinson Myers, Plaintiffs in
Error, vs. The State of Florida, Defendant in Error.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

R. B. Bullock, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error
against the plaintiffs in error. There was judgment for
the plaintiff, and the defendants take writ of error.

Writ of error dismissed for failure to file briefs.